**BRYAN CAVE LLP**
Daniel Rockey, California Bar No. 178604
Goli Mahdavi, California Bar No. 245704
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
Email:        daniel.rockey@bryancave.com
              goli.mahdavi@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities from the FDIC as receiver for Washington Mutual Bank FA; BANK OF AMERICA, N.A.; CALIFORNIA RECONVEYANCE COMPANY

*GRANTED*
*Judge Paul S. Grewal*
[UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHONG V. TRAN, | Case No. CV12-04507-PSG |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE AT THE NOVEMBER 13, 2012 CASE MANAGEMENT CONFERENCE** |
| vs. | |
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A. AS TRUSTEE FOR WASHINGTON MUTUAL BANK MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-AR17 TRUST; JPMORGAN CHASE BANK, N.A. SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL; CALIFORNIA RECONVEYANCE COMPANY; AND DOES 1 – 100 INCLUSIVE, | Complaint Filed:  August 28, 2012<br>Trial Date:  Not Assigned |
| Defendants. | |

1  Pursuant to Rule 16-10(a) of the Civil Local Rules of the United States District for the
2  Northern District of California, Defendants JPMORGAN CHASE BANK, N.A., as acquirer of
3  certain assets and liabilities from the FDIC as receiver for Washington Mutual Bank FA; BANK
4  OF AMERICA, N.A.; CALIFORNIA RECONVEYANCE COMPANY, (collectively,
5  "Defendants") hereby request to participate by telephone in the Case Management Conference in
6  the above-entitled case currently scheduled for November 13, 2012.

7

8  Dated: October 16, 2012           **BRYAN CAVE LLP**
                                      Daniel Rockey
9                                    Goli Mahdavi

10

11                                   By:   /S/
                                          Goli Mahdavi
                                     Attorneys for Defendants
12                                   JPMORGAN CHASE BANK, N.A., as acquirer of
                                     certain assets and liabilities from the FDIC as
13                                   receiver for Washington Mutual Bank FA.; BANK
                                     OF AMERICA, N.A.; CALIFORNIA
14                                   RECONVEYANCE COMPANY

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105