**BRYAN CAVE LLP**
Daniel Rockey, California Bar No. 178604
Goli Mahdavi, California Bar No. 245704
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
Email:        daniel.rockey@bryancave.com
              goli.mahdavi@bryancave.com

GRANTED
Paul S. Grewal
Judge Paul S. Grewal

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities from the FDIC as receiver for Washington Mutual Bank FA; BANK OF AMERICA, N.A.; CALIFORNIA RECONVEYANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHONG V. TRAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A. AS TRUSTEE FOR WASHINGTON MUTUAL BANK MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-AR17 TRUST; JPMORGAN CHASE BANK, N.A. SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL; CALIFORNIA RECONVEYANCE COMPANY; AND DOES 1 – 100 INCLUSIVE,<br><br>        Defendants. | Case No. CV12-04507-PSG<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT THE NOVEMBER 13, 2012 CASE MANAGEMENT CONFERENCE**<br><br><br>Complaint Filed:    August 28, 2012<br>Trial Date:    Not Assigned |

1  Pursuant to Rule 16-10(a) of the Civil Local Rules of the United States District for the
2  Northern District of California, Defendants JPMORGAN CHASE BANK, N.A., as acquirer of
3  certain assets and liabilities from the FDIC as receiver for Washington Mutual Bank FA; BANK
4  OF AMERICA, N.A.; CALIFORNIA RECONVEYANCE COMPANY, (collectively,
5  "Defendants") hereby request to participate by telephone in the Case Management Conference in
6  the above-entitled case currently scheduled for November 13, 2012.

8  Dated: October 16, 2012

**BRYAN CAVE LLP**
Daniel Rockey
Goli Mahdavi

By:  /S/
        Goli Mahdavi
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities from the FDIC as receiver for Washington Mutual Bank FA.; BANK OF AMERICA, N.A.; CALIFORNIA RECONVEYANCE COMPANY