**BRYAN CAVE LLP**
Daniel Rockey, California Bar No. 178604
Goli Mahdavi, California Bar No. 245705
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 675-3400
Facsimile:     (415) 675-3434
Email:           daniel.rockey@bryancave.com
                   goli.mahdavi@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities from the FDIC as receiver for Washington Mutual Bank FA; BANK OF AMERICA, N.A.; CALIFORNIA RECONVEYANCE COMPANY

GRANTED
[signature] Paul S. Grewal
Judge Paul S. Grewal

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHONG V. TRAN,<br><br>           Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A. AS TRUSTEE FOR WASHINGTON MUTUAL BANK MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-AR17 TRUST; JPMORGAN CHASE BANK, N.A. SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL; CALIFORNIA RECONVEYANCE COMPANY; AND DOES 1 – 100 INCLUSIVE,<br><br>           Defendants. | Case No. CV12-04507-PSG<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT THE NOVEMBER 20, 2012 CASE MANAGEMENT CONFERENCE**<br><br><br>Complaint Filed:    August 28, 2012<br>Trial Date:    Not Assigned |

1  Pursuant to Rule 16-10(a) of the Civil Local Rules of the United States District for the
2  Northern District of California, Defendants JPMORGAN CHASE BANK, N.A., as acquirer of
3  certain assets and liabilities from the FDIC as receiver for Washington Mutual Bank FA; BANK
4  OF AMERICA, N.A.; CALIFORNIA RECONVEYANCE COMPANY, (collectively,
5  "Defendants") hereby request to participate by telephone in the Case Management Conference in
6  the above-entitled case currently scheduled for November 20, 2012.

8  Dated: November 1, 2012            **BRYAN CAVE LLP**
                                       Daniel Rockey
9                                      Goli Mahdavi

11                                     By:   /S/
                                            Goli Mahdavi
                                       Attorneys for Defendants
12                                     JPMORGAN CHASE BANK, N.A., as acquirer of
                                       certain assets and liabilities from the FDIC as
13                                     receiver for Washington Mutual Bank FA.; BANK
                                       OF AMERICA, N.A.; CALIFORNIA
14                                     RECONVEYANCE COMPANY

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

109824.1\C076651\0342705

REQUEST FOR TELEPHONIC APPEARANCE